## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## TOPEKA DIVISON

| | | |
|---|---|---|
| RODNEY L. NELSON, JR, & <br> CARRIE A. NELSON | ) <br> ) <br> ) | Case No.: 13-4135-CM-KGG |
| Plaintiff, | ) <br> ) | CIVIL ACTION |
| v. | ) <br> ) <br> ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL PURSUANT TO** |
| LAW OFFICES OF H. KENT HOLLINS & <br> COLLECTION BUREAU OF KANSAS, INC | ) <br> ) <br> ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| Defendants, | ) <br> ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Rodney L. Nelson and Carrie A. Nelson, through their counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the Defendants, Law Offices of H. Kent Hollins and Collection Bureau of Kansas, Inc.

Respectfully submitted,

Dated: January 2, 2014

/s/ Camron Hoorfar, J.D. LL.M.
Attorney for Plaintiff
202 SW Market Street
Lee's Summit, MO 64063
Ph: (816) 524-4949
Fax: (816) 524-4963
Choorfar@hoorfarlaw.com